Certificate Number: 17082-PAM-DE-037853249

Bankruptcy Case Number: 23-01998


17082-PAM-DE-037853249

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 16, 2023, at 7:36 o'clock AM MST, LOUISE M STASIK completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 16, 2023

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director