United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Louise May Stasik  
    Debtor

Case No. 23-01998-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Oct 17, 2023      Form ID: ntcnfhrg      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Louise May Stasik, 302 Oak Street, Duryea, PA 18642-1910 |
| 5564077 | + | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-7289 |
| 5564080 | + | Lehigh Valley Health Network, PO Box 981028, Boston MA 02298-1028 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5564075 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2023 18:50:32 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5564076 | + | Email/Text: bankruptcy@cavps.com | Oct 17 2023 18:45:00 | Cavalry Portfolio Services, 500 Summit Lake Dr Ste 400, Vallhalla, NY 10595-2321 |
| 5564078 | ^ | MEBN | Oct 17 2023 18:43:48 | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5564079 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 17 2023 19:01:36 | JPMCB Card Services, PO Box 15369, Wilmington DE 19850 |
| 5567588 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 17 2023 18:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5564081 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2023 19:01:27 | LVNV Funding, PO Box 1269, Greenville SC 29602-1269 |
| 5572465 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2023 18:51:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5564082 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2023 18:45:00 | Midland Funding LLC, 320 East Big Beaver #300, Troy MI 48083-1271 |
| 5564083 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2023 18:44:00 | PNC Bank, PO Box 3180, Pittsburgh PA 15222 |
| 5564084 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2023 18:44:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101 |
| 5564085 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2023 18:50:34 | Portfolio Recovery Associates, 120 Corporate Blvd Suite 100, Norfolk, VA 23502 |
| 5564086 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2023 19:01:42 | Sears/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5564087 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2023 19:01:36 | Sunoco Citibank CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5564088 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2023 18:51:03 | Synchrony Bank JC Penney, PO Box 965036, Orlando FL 32896-0090 |
| 5564089 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2023 18:50:26 | Synchrony Bank Lowes, PO Box 965036, Orlando FL 32896-5036 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5564090 | + | Email/Text: LCI@upstart.com | Oct 17 2023 18:44:00 | Upstart Finwise Bank, 2950 South Delaware Street, San Mateo, CA 94403-2577 |
| 5564919 | ^ | MEBN | Oct 17 2023 18:43:12 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5564091 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Oct 17 2023 18:45:00 | Westlake Financial Services, 4751 Wilshire Blvd Suite 100, Los Angeles, CA 90010-3847 |
| 5570124 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2023 19:01:27 | Westlake Services, LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Louise May Stasik johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Louise May Stasik,<br>aka Louise M Stasik, aka Louise Stasik, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:23−bk−01998−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 23, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: November 30, 2023<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 17, 2023 |

ntcnfhrg (08/21)