United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 23-01998-MJC
Louise May Stasik Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke 
Date Rcvd: Sep 21, 2026 Form ID: 3180W Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Louise May Stasik, 302 Oak Street, Duryea, PA 18642-1910 |
| 5564077 | + | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-7289 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5564075 | + | EDI: CAPITALONE.COM | Sep 21 2026 22:48:00 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5573129 | | EDI: CAPITALONE.COM | Sep 21 2026 22:48:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5564076 | + | Email/Text: bankruptcy@cavps.com | Sep 21 2026 18:52:00 | Cavalry Portfolio Services, 500 Summit Lake Dr Ste 400, Vallhalla, NY 10595-2321 |
| 5576999 | | EDI: CITICORP | Sep 21 2026 22:48:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5564078 | ^ | MEBN | Sep 21 2026 18:48:26 | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5564079 | + | EDI: JPMORGANCHASE | Sep 21 2026 22:48:00 | JPMCB Card Services, PO Box 15369, Wilmington DE 19850-5369 |
| 5567588 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 21 2026 18:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5564081 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2026 18:58:42 | LVNV Funding, PO Box 1269, Greenville SC 29602-1269 |
| 5572465 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2026 18:58:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5564080 | ^ | MEBN | Sep 21 2026 18:48:52 | Lehigh Valley Health Network, PO Box 981028, Boston MA 02298-1028 |
| 5564082 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 21 2026 18:52:00 | Midland Funding LLC, 320 East Big Beaver #300, Troy MI 48083-1271 |
| 5564083 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 21 2026 18:52:00 | PNC Bank, PO Box 3180, Pittsburgh PA 15222 |
| 5564084 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 21 2026 18:52:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101 |
| 5577150 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 21 2026 18:52:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5576924 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 21 2026 18:52:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 5564085 | | EDI: PRA.COM | Sep 21 2026 22:48:00 | Portfolio Recovery Associates, 120 Corporate |

| | | | | |
|---|---|---|---|---|
| | | | | Blvd Suite 100, Norfolk, VA 23502 |
| 5564086 | + | EDI: CITICORP | Sep 21 2026 22:48:00 | Sears/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5564087 | + | EDI: CITICORP | Sep 21 2026 22:48:00 | Sunoco Citibank CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5564088 | | EDI: SYNC | Sep 21 2026 22:48:00 | Synchrony Bank JC Penney, PO Box 965036, Orlando FL 32896-0090 |
| 5564089 | | EDI: SYNC | Sep 21 2026 22:48:00 | Synchrony Bank Lowes, PO Box 965036, Orlando FL 32896-5036 |
| 5564090 | + | Email/Text: UpStart@ebn.phinsolutions.com | Sep 21 2026 18:52:00 | Upstart Finwise Bank, 2950 South Delaware Street, San Mateo, CA 94403-2577 |
| 5564919 | + | Email/Text: peritus@ebn.phinsolutions.com | Sep 21 2026 18:52:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II LLC, PO Box 1149, Grapevine, TX 76099-1149 |
| 5564091 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Sep 21 2026 18:52:00 | Westlake Financial Services, 4751 Wilshire Blvd Suite 100, Los Angeles, CA 90010-3847 |
| 5570124 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2026 18:58:45 | Westlake Services, LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, GRAPEVINE, TX 76099-1149 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Louise May Stasik johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |

| | |
|---|---|
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Louise May Stasik<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–4857 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:23–bk–01998–MJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Louise May Stasik
aka Louise M Stasik, aka Louise Stasik

**By the court:**

9/21/26

Mark J. Conway, United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

For more information, see page 2>

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**